UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEY KALAYJIAN,<br>    Plaintiff,<br><br>v.<br><br>PREMIER SALONS INTERNATIONAL, INC.,<br>JOHN DOE D/B/A STONEWATER SPA AND<br>BOUTIQUE, PREMIER SALONS CANADA,<br>INC., PREMIER SALONS, LTD, PREMIER, INC.<br>and MICHAEL KRZYZAK,<br>    Defendants. | Civil No. 7:08-cv-00428 (SCR)<br><br><br><br><br><br><br>FEBRUARY 8, 2008 |

## APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Defendants,

**Premier Salons International, Inc., John Doe d/b/a Stonewater Spa and Boutique, Premier Salons Canada, Inc., Premier Salons, Ltd.** and **Premier, Inc.**

THE DEFENDANTS,

By:  /s/ James M. Sconzo
    James M. Sconzo, Esq. (# JS8390)
    JORDEN BURT, LLP
    175 Powder Forest Drive, Suite 201
    Simsbury, CT 06089
    Telephone:  860-392-5000
    Facsimile:  860-392-5058
    Email: jms@jordenusa.com

## CERTIFICATION

    This is to certify that on this 8th day of February, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Stephan Erich Seeger
Sherman, Richichi & Hickey, LLC
27 Fifth Street
Stamford, CT 06905
(203)-273-5170
Fax: (203)-348-7313
Email: seegrkid2@aol.com

                                                /s/ James M. Sconzo
                                                James M. Sconzo

194752