# JordenBurt

175 Powder Forest Drive
Suite 201
Simsbury, CT 06089-9658
(860) 392-5000
Fax: (860) 392-5058

James M. Sconzo
Direct Dial: (860) 392-5022
E-Mail: jms@jordenusa.com

1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
(202) 965-8100
Fax: (202) 965-8104

777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928

February 8, 2008

*Via Facsimile (914-390-4179)*

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re: **Kalayjian v. Premier Salons International, Inc., et al.**
Civ. No.: 7:08-cv-00428-SCR

Dear Judge Robinson:

  This firm has recently been retained to represent the defendants, Premier Salons International, Inc., John Doe d/b/a Stonewater Spa and Boutique, Premier Salons Canada, Inc., Premier Salons, Ltd. and Premier, Inc., in the above-referenced matter. We write to request the Court's approval of an extension of our clients' time to file a response up to and including March 12, 2008.

  The undersigned has attempted to determine whether plaintiff's counsel consents to this request, but, as of this time, has been unable to make that determination. As this is the first request for an extension, we respectfully request that the Court approve this application.

  We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*[signature]*

James M. Sconzo

SO ORDERED:

*[signature]*

Hon. Stephen C. Robinson, USDJ
2/11/08

Jorden Burt LLP
www.jordenburt.com

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]