UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEY KALAYJIAN,<br>   Plaintiff, | CIVIL ACTION NO.<br>7:08-CV-0428 (SCR) |
| v. | |
| PREMIER SALONS INTERNATIONAL, INC., JOHN DOE D/B/A STONEWATER SPA AND BOUTIQUE, PREMIER SALONS CANADA, INC., PREMIER SALONS LTD., PREMIER INC., and MICHAEL KRZYZAK,<br>   Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants Premier Salons International, Inc., John Doe d/b/a Stonewater Spa and Boutique, Premier Salons Canada, Inc., Premier Salons Ltd., and Premier, Inc. hereby certifies that:

Premier Salons International, Inc. has not conducted business since it declared Chapter 11 bankruptcy in 1999.

Premier Salons Canada, Inc. also had ceased to do business prior to 2005.

There is not, and has never been, an entity called "Premier, Inc." located at 3780 Fourteenth Avenue, Suite 106, Markham, Ontario, Canada or 3762 Fourteenth Avenue, Suite 200, Markham, Ontario, Canada. Moreover, no such entity has ever been connected with any of the other Defendants or with Stonewater Spa and Boutique of Greenwich.

As John Doe d/b/a Stonewater Spa and Boutique is a fictitious name, the undersigned is

unaware of any publicly traded company owning 10% or more of its stock.

Premier Salons Ltd. is a wholly owned subsidiary of PS Hold Co.. The following entities own 10% or more of the stock of PS Hold Co.: Premier Salons Investment Hold Co.; 1113714 Alberta Ltd. (a privately held company); and The Luborsky Family Trust. Premier Salons Investment Hold Co. is a wholly owned subsidiary of PS Investment Holdings Inc. The following entities own 10% or more of the stock of PS Investment Holdings Inc.: Spritz, LLC. Spritz, LLC is a private equity fund.

March 12, 2008

                                  DEFENDANTS
PREMIER SALONS INTERNATIONAL, INC.,
JOHN DOE D/B/A STONEWATER SPA AND BOUTIQUE,
PREMIER SALONS CANADA, INC.,
PREMIER SALONS LTD., AND
PREMIER, INC.

By: /s/ James M. Sconzo
    James M. Sconzo, Esq. (# JS8390)
    JORDEN BURT, LLP
    175 Powder Forest Drive, Suite 201
    Simsbury, CT 06089
    Telephone: 860-392-5000
    Facsimile: 860-392-5058
    Email:    jms@jordenusa.com
    Their Attorney

**CERTIFICATION**

      This is to certify that on this 12th day of March, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Stephan Erich Seeger
Sherman, Richichi & Hickey, LLC
27 Fifth Street
Stamford, CT 06905
(203)-273-5170
Fax: (203)-348-7313
Email: seegrkid2@aol.com

                                                  /s/ James M. Sconzo
                                                  James M. Sconzo

196150