# JORDENBURT

175 POWDER FOREST DRIVE
SUITE 201
SIMSBURY, CT 06089-9658
(860) 392-5000
FAX: (860) 392-5058

James M. Sconzo
Direct Dial: (860) 392-5022
E-Mail: jms@jordenusa.com

1025 THOMAS JEFFERSON STREET, N.W.
SUITE 400 EAST
WASHINGTON, D.C. 20007-5208
(202) 965-8100
FAX: (202) 965-8104

777 BRICKELL AVENUE
SUITE 500
MIAMI, FL 33131-2803
(305) 371-2600
FAX: (305) 372-9928

March 14, 2008

*VIA FACSIMILE (914-390-4179)*

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re: **Kalayjian v. Premier Salons International, Inc., et al.**
Civ. No.: 7:08-cv-00428-SCR

Dear Judge Robinson:

This firm represents the defendants, Premier Salons International, Inc., John Doe d/b/a Stonewater Spa and Boutique, Premier Salons Canada, Inc., Premier Salons, Ltd. and Premier, Inc. ("Defendants"), in the above-referenced matter. We write to submit a proposed briefing schedule regarding the Motion to Dismiss filed by the Defendants on March 12, 2008. Defendants have sought Plaintiff's input on a briefing schedule but Plaintiff has not yet responded. Defendants propose that Plaintiff be permitted up to and including April 11, 2008 within which to oppose Defendants' Motion, and that Defendants be permitted up to and including April 28, 2008 to reply to Plaintiff's opposition brief.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

James M. Sconzo

SO ORDERED:

*/s/ Stephen C. Robinson/*

Hon. Stephen C. Robinson, USDJ
4/1/08

JORDEN BURT LLP
WWW.JORDENBURT.COM