

Fee Paid
$25.00
E601330

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEY KALAYJIAN,<br>    Plaintiff,<br><br>V.<br><br>PREMIER SALONS INTERNATIONAL, INC.,<br>JOHN DOE D/B/A STONEWATER SPA AND<br>BOUTIQUE, PREMIER SALONS CANADA,<br>INC, PREMIER SALONS LTD., PREMIER, INC.<br>and MICHAEL KRZYZAK,<br>    Defendants. | CIVIL ACTION NO.<br>7:08cv0428 (ROBINSON)<br><br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James M. Sconzo, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

> Jonathan C. Sterling
> Jorden Burt, LLP
> 175 Powder Forest Drive, Suite 201
> Simsbury, CT 06089-9658
> Phone: (860)392-5000
> Fax: (860)392-5058
> Email: js@jordenusa.com

As set forth in the attached Declaration (Exhibit A) and Certificates of Good Standing (Exhibit B), Jonathan C. Sterling is a member in good standing of the Bar of the State of Connecticut and of the Bar of the United States District Court for the District of Connecticut. There are no pending disciplinary proceedings against Jonathan C. Sterling in any State or Federal court.

Dated: Simsbury, Connecticut
       June 26, 2008

Respectfully submitted,

By: _____
James M. Sconzo
Jorden Burt, LLP
175 Powder Forest Drive, #201
Simsbury, CT 06089-9658

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration of James M. Sconzo in support of this motion and the Certificate of Good Standing annexed to the Declaration of James M. Sconzo, we will move this Court before the Honorable Stephen C. Robinson at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Jonathan C. Sterling, an associate at the law firm of Jorden Burt, LLP and a member in good standing of the bar of the State of Connecticut, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against this applicant in any state or federal court.

DATED:   June 26, 2008

THE DEFENDANTS,

By: _____
James M. Sconzo, Esq. (# JS8390)
JORDEN BURT, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Telephone: 860-392-5000
Facsimile: 860-392-5058
Email:   jms@jordenusa.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEY KALAYJIAN,<br>　　　　Plaintiff,<br><br>V.<br><br>PREMIER SALONS INTERNATIONAL, INC.,<br>JOHN DOE D/B/A STONEWATER SPA AND<br>BOUTIQUE, PREMIER SALONS CANADA,<br>INC, PREMIER SALONS LTD., PREMIER, INC.<br>and MICHAEL KRZYZAK,<br>　　　　Defendants. | CIVIL ACTION NO.<br>　7:08cv0428 (ROBINSON)<br><br><br><br>DECLARATION SUPPORTING<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

### DECLARATION OF JAMES M. SCONZO IN SUPPORT OF MOTION TO ADMIT COUNSEL, JONATHAN C. STERLING, *PRO HAC VICE*

　　　I, James M. Sconzo, of full age, do hereby declare, in accordance with 28 U.S.C. § 1746, as follows:

　　　1.　　I am an attorney duly admitted to practice before the United States District Court for the Southern District of New York. I am a partner in the law firm of Jorden Burt, LLP, counsel for Defendants, Premier Salons International, Inc., John Doe d/b/a Stonewater Spa and Boutique, Premier Salons Canada, Inc., Premier Salons, Ltd, and Premier, Inc., in this action. I submit this declaration in support of the Motion to Admit Counsel, Jonathan C. Sterling, *pro hac vice* in the above-captioned matter.

　　　2.　　Jonathan C. Sterling, an associate at the law firm of Jorden Burt, LLP, is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. Annexed hereto are Certificates of Good Standing for Jonathan C. Sterling.

3.   There are no pending disciplinary proceedings against Jonathan C. Sterling in any state or federal court.

4.   Jonathan C. Sterling has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York.

5.   WHEREFORE, your affiant respectfully submits that Jonathan C. Sterling be permitted to appear as counsel and advocate *pro hac vice* in this action.

I declare under the penalty or perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2008

_____
JAMES M. SCONZO

200830

2



# State of Connecticut
## Supreme Court

I, Michéle T. Angers, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Supreme Court at **Hartford** on the **fourth**, day of **November** **2002**

**Jonathan Carlisle Sterling**

of

**Simsbury, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **twenty-third** day of **June**, 20 **08**.

Michéle T. Angers

Chief Clerk



AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT         Jonathan C. Sterling

BAR #:   CT24576

I, **Roberta D. Tabora**, Clerk of the United States District Court, District of Connecticut,

DO HEREBY CERTIFY that  Jonathan C. Sterling  was duly admitted to practice in said Court on  March 10, 2003 , and is a member in good standing of the bar of said Court.

Dated at New Haven

on June 26, 2008

Roberta D. Tabora ,
Clerk

Ann Montgomery
Deputy Clerk

## CERTIFICATE

I, James M. Sconzo, hereby certify that on this 26th day of June, 2008, I caused a true and correct copy of the attached:

Motion to Admit Counsel Pro Hac Vice;

Declaration of James M. Sconzo in support of Motion to Admit Counsel, Jonathan C. Sterling, *Pro Hac Vice*; and

Proposed Order for Admission *Pro Hac Vice*.

was sent via first class mail:

Stephan Erich Seeger
Thomas J. Hickey & Associates, LLC
27 Fifth Street
Stamford, CT 06905
(203)-273-5170
Fax: (203)-348-7313
Email: seegrkid2@aol.com

James M. Sconzo
Jorden Burt, LLP

200814

4